UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNIE KOFFA,<br><br>                Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C22-0054 RAJ<br><br>**ORDER DISMISSING CASE** |

In January 2022, Plaintiff filed a *pro se* complaint alleging the Commissioner made no payments on his Title XVI Supplemental Security Income ("SSI") benefits awarded on November 6, 2009. Dkt. 1, 5. The Court issued summons but there is no indication Plaintiff served the Commissioner. On April 13, 2022, Plaintiff filed a motion for judgment against Defendants arguing the Commissioner has not responded to the

ORDER DISMISSING CASE - 1

summons the Court issued. *See* Dkt. 9.

On April 27, 2022, the Court denied Plaintiff's motion for judgment against the Commissioner. *See* Dkt. 10. Plaintiff had issued summons on Defendant on January 20, 2022, but there was no indication Plaintiff served the complaint on the Commissioner, thus the Commissioner was not obligated to file an answer or responsive pleading. *See* Dkt. 6. The Court also found Plaintiff's complaint lacked any facts that would reasonably support a finding that he was ever awarded SSI benefits, and the Commissioner withheld payments from that award. *See* Dkt. 10. The Court, in view of Plaintiff's *pro se* status, granted Plaintiff until May 18, 2022 to show cause as to why his complaint should not be dismissed for failing to state a claim upon which relief may be granted, and advised Plaintiff's failure to respond as directed may result in the dismissal of this case. *Id*.

To date, Plaintiff has not responded to the Court's order to show cause. Accordingly, the court ORDERS this case is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to Plaintiff.

DATED this 3rd day of June, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CASE - 2